

**ARAPAHOE COUNTY**
**COLORADO'S FIRST**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2018

JEFFREY P. COLWELL
CLERK

**David C. Walcher**
Sheriff

OFFICE OF THE SHERIFF
13101 E. Broncos Parkway
Centennial, Colorado 80112
Phone:  720-874-4176
Fax:  720-874-4158
www.arapahoesheriff.org
sheriff@arapahoegov.com

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 – 19th Street, Room A105
Denver, CO 80294-3589

Re: 1:16-cv-02442-GPG
    Richard Darling

Magistrate Gordon P. Gallagher,                    February 12, 2018

        Per the court order regarding Mr. Richard Darling; Arapahoe County Detentions
Facility Inmate ID 2015-00015259. This letter is to advise you that there have been no
deposits made into the inmates account.  Enclosed please find an account ledger and debt
statement for the inmate account reflecting account transactions.

Mr. Richard Darling was released from custody on February 12, 2018 and transferred to
the custody of the Colorado Department of Corrections to serve a life sentence. Due to
the release of custody, we will no longer be able to forward any additional payments to
the courts on this order, as his inmate account has been closed.

Gretchen Settambrino
Inmate Services Section Supervisor
Arapahoe County Sheriff's Office
Detention Services Bureau
7375 South Potomac Street
Centennial, CO 80112
720-874-3416



An Internationally Accredited Agency

Committed to Quality Service with an Emphasis on Integrity, Professionalism and Community Spirit.

Please remit a cashier's check or money order in
your name including Inmate ID# to:

Date : 02/11/2018

Time : 08:21

ACSO Detention Facility-Accts
7375 South Potomac Street
Centennial, CO 80112

**Debt Statement**
**As Of 02/11/2018**
**Only Outstanding**

RICHARD ALAN DARLING

| | |
|---|---|
| **Inmate ID:** | 1258162 |
| **Name:** | DARLING, RICHARD ALAN |
| **Block:** | POD6-6E |

**Amount Due: 483.97**

| Debt Date | Code | Last Payment | Description | | Debt Amount | Paid Amount | Outstanding Balance |
|---|---|---|---|---|---|---|---|
| 11/09/16 | BIOHAZ | 03/04/17 | BIOHAZARD CLEAN UP | | 98.04 | 26.52 | 71.52 |
| 01/24/17 | CRTFEE | 08/06/17 | COURT ORDERED PAYMENT | | 322.00 | 0.00 | 322.00 |
| 04/22/17 | INDBRB | | INDIGENT BARBER HAIRCUT | | 14.50 | 0.00 | 14.50 |
| 08/19/17 | INDBRB | | INDIGENT BARBER HAIRCUT | | 14.50 | 0.00 | 14.50 |
| 10/07/17 | INDBRB | | INDIGENT BARBER HAIRCUT | | 14.50 | 0.00 | 14.50 |
| 12/02/17 | INDBRB | | INDIGENT BARBER HAIRCUT | | 14.50 | 0.00 | 14.50 |
| | | | | Subtotal | 58.00 | 0.00 | 58.00 |
| 11/30/15 | INDWHT | | IND.WHITE ENV/541835 | | 0.15 | 0.00 | 0.15 |
| 12/01/15 | INDWHT | | 3 IND.WHITE ENV/542868 | | 0.45 | 0.00 | 0.45 |
| 12/07/15 | INDWHT | | 4 IND.WHITE ENV/544747 | | 0.60 | 0.00 | 0.60 |
| 12/21/15 | INDWHT | | 4 IND.WHITE ENV/551111 | | 0.60 | 0.00 | 0.60 |
| 01/11/16 | INDWHT | | IND.WHITE ENV.558422 | | 0.15 | 0.00 | 0.15 |
| 01/11/16 | INDWHT | | IND.WHITE ENV.558422 | | 0.15 | 0.00 | 0.15 |
| 01/11/16 | INDWHT | | IND.WHITE ENV. 558422 | | 0.15 | 0.00 | 0.15 |
| 01/11/16 | INDWHT | | IND.WHITE ENV. 558422 | | 0.15 | 0.00 | 0.15 |
| 01/11/16 | INDWHT | | IND.WHITE ENV. 558422 | | 0.15 | 0.00 | 0.15 |
| 01/29/16 | INDWHT | | IND.WHITE ENV. 566519 | | 0.15 | 0.00 | 0.15 |
| 01/29/16 | INDWHT | | IND.WHITE ENV. 566519 | | 0.15 | 0.00 | 0.15 |
| 01/29/16 | INDWHT | | IND.WHITE ENV. 566519 | | 0.15 | 0.00 | 0.15 |
| 01/29/16 | INDWHT | | IND.WHITE ENV. | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 02/01/16 | INDWHT | | IND.WHITE ENV. 567547 | | 0.15 | 0.00 | 0.15 |
| 04/29/16 | INDWHT | | IND.WHITE ENV.602309 | | 0.15 | 0.00 | 0.15 |
| 04/29/16 | INDWHT | | IND.WHITE ENV. 602309 | | 0.15 | 0.00 | 0.15 |

Inmate ID: 1258162        Name: DARLING, RICHARD ALAN        Debt Statement As Of 02/11/2018

| Debt Date | Code | Last Payment | Description | | Debt Amount | Paid Amount | Outstanding Balance |
|-----------|------|--------------|-------------|---|-------------|-------------|---------------------|
| 04/29/16 | INDWHT | | IND.WHITE ENV.602309 | | 0.15 | 0.00 | 0.15 |
| 04/29/16 | INDWHT | | IND.WHITE ENV. 602309 | | 0.15 | 0.00 | 0.15 |
| 04/29/16 | INDWHT | | IND.WHITE ENV. 602309 | | 0.15 | 0.00 | 0.15 |
| 04/29/16 | INDWHT | | IND.WHITE ENV. 602309 | | 0.15 | 0.00 | 0.15 |
| 06/01/16 | INDWHT | | IND.WHITE ENV. 615631 | | 0.15 | 0.00 | 0.15 |
| 06/01/16 | INDWHT | | IND.WHITE ENV. 615163 | | 0.15 | 0.00 | 0.15 |
| 06/01/16 | INDWHT | | IND.WHITE ENV. 615163 | | 0.15 | 0.00 | 0.15 |
| 09/26/16 | INDWHT | | IND.WHITE ENV. 659381 | | 0.15 | 0.00 | 0.15 |
| 09/26/16 | INDWHT | | IND.WHITE ENV. 659381 | | 0.15 | 0.00 | 0.15 |
| 09/26/16 | INDWHT | | IND.WHITE ENV. 659381 | | 0.15 | 0.00 | 0.15 |
| 01/03/17 | INDWHT | | IND.WHITE ENV. 699000 | | 0.15 | 0.00 | 0.15 |
| 01/03/17 | INDWHT | | IND.WHITE ENV. 699000 | | 0.15 | 0.00 | 0.15 |
| 01/03/17 | INDWHT | | .IND.WHITE ENV. 699000 | | 0.15 | 0.00 | 0.15 |
| | | | | Subtotal | 7.65 | 0.00 | 7.65 |
| 11/30/15 | INDYEL | | IND.MAN.ENV/541835 | | 0.65 | 0.00 | 0.65 |
| 12/01/15 | INDYEL | | 3 IND.MAN.ENV/542868 | | 1.95 | 0.00 | 1.95 |
| 12/21/15 | INDYEL | | 4 IND.MAN.ENV/551111 | | 2.60 | 0.00 | 2.60 |
| 01/11/16 | INDYEL | | IND.MAN.ENV. 558422 | | 0.65 | 0.00 | 0.65 |
| 01/11/16 | INDYEL | | IND.MAN.ENV. 558422 | | 0.65 | 0.00 | 0.65 |
| 01/11/16 | INDYEL | | IND.MAN.ENV. 558422 | | 0.65 | 0.00 | 0.65 |
| 01/11/16 | INDYEL | | IND.MAN.ENV. 558422 | | 0.65 | 0.00 | 0.65 |
| 01/11/16 | INDYEL | | IND.MAN.ENV. 558422 | | 0.65 | 0.00 | 0.65 |
| 01/11/16 | INDYEL | | IND.MAN.ENV. 558422 | | 0.65 | 0.00 | 0.65 |
| 01/29/16 | INDYEL | | IND.MAN.ENV. 566519 | | 0.65 | 0.00 | 0.65 |
| 01/29/16 | INDYEL | | IND.MAN.ENV. 566519 | | 0.65 | 0.00 | 0.65 |
| 01/29/16 | INDYEL | | IND.MAN.ENV. 566519 | | 0.65 | 0.00 | 0.65 |
| 01/29/16 | INDYEL | | IND.MAN.ENV. 566519 | | 0.65 | 0.00 | 0.65 |
| 01/29/16 | INDYEL | | IND.MAN.ENV. 566519 | | 0.65 | 0.00 | 0.65 |
| 01/29/16 | INDYEL | | IND.MAN.ENV. 566519 | | 0.65 | 0.00 | 0.65 |
| 01/29/16 | INDYEL | | IND.MAN.ENV. 566519 | | 0.65 | 0.00 | 0.65 |
| 01/29/16 | INDYEL | | IND.MAN.ENV. 566519 | | 0.65 | 0.00 | 0.65 |
| 04/04/16 | INDYEL | | IND.MAN.ENV. 592048 | | 0.65 | 0.00 | 0.65 |
| 04/04/16 | INDYEL | | IND.MAN.ENV. 592048 | | 0.65 | 0.00 | 0.65 |
| 04/04/16 | INDYEL | | IND.MAN.ENV. 592048 | | 0.65 | 0.00 | 0.65 |
| 06/10/16 | INDYEL | | IND.MAN.ENV.618538 | | 0.65 | 0.00 | 0.65 |
| 06/10/16 | INDYEL | | IND.MAN.ENV. 618538 | | 0.65 | 0.00 | 0.65 |
| 06/10/16 | INDYEL | | IND.MAN.ENV. 618538 | | 0.65 | 0.00 | 0.65 |
| 06/20/16 | INDYEL | | IND.MAN.ENV. 622109 | | 0.65 | 0.00 | 0.65 |
| 06/20/16 | INDYEL | | IND.MAN.ENV. 622109 | | 0.65 | 0.00 | 0.65 |
| 06/20/16 | INDYEL | | IND.MAN.ENV. 622109 | | 0.65 | 0.00 | 0.65 |
| 01/03/17 | INDYEL | | IND.MAN.ENV. 699000 | | 0.65 | 0.00 | 0.65 |
| 01/03/17 | INDYEL | | IND.MAN.ENV. 399000 | | 0.65 | 0.00 | 0.65 |
| | | | | Subtotal | 21.45 | 0.00 | 21.45 |
| 12/07/17 | ISUDAM | | AGENCY ISSUE DAMAGE | | 1.30 | 0.00 | 1.30 |
| 01/04/18 | ISUDAM | | AGENCY ISSUE DAMAGE | | 0.95 | 0.00 | 0.95 |
| 01/04/18 | ISUDAM | | AGENCY ISSUE DAMAGE | | 1.10 | 0.00 | 1.10 |
| | | | | Subtotal | 3.35 | 0.00 | 3.35 |

**Inmate ID:** 1258162        **Name:** DARLING, RICHARD ALAN        **Debt Statement As Of** 02/11/2018

| Debt Date | Code | Last Payment | Description | | Debt Amount | Paid Amount | Outstanding Balance |
|-----------|------|--------------|-------------|---|-------------|-------------|---------------------|
| | | | | Total | 510.49 | 26.52 | 483.97 |

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total |
|--------|---------|---------|---------|-------|
| 0.00 | 2.05 | 15.80 | 466.12 | 483.97 |

ARAPAHOE COUNTY
COLORADO'S FIRST

DAVID C. WALCHER, SHERIFF
ARAPAHOE COUNTY SHERIFF'S OFFICE
DETENTION FACILITY
7375 South Potomac Street
Centennial, Colorado 80112

12 FEB 2018 PM 3 1

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th Street, Room A105
Denver Colo

80294-3589